IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Criminal Complaint     )   NO. 1:11-MJ-067
                              )
                              )   (MAGISTRATE JUDGE CARLSON)
                              )
                              )   (UNDER SEAL)

FILED HARRISBURG
APR 29 2011
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Rule 6 of the Federal Rules of Criminal Procedure to file this Motion and the following documents under seal:

[ ] Indictment                    [ ] Complaint

[X] Complaint, Arrest             [ ] Search Warrant,
    Warrant, and                      Application and
    Affidavit                         Affidavit

[ ] Arrest Warrant

1.  The United States requests that the above-referenced documents, and this Motion, remain under seal pending:

[X] The arrest of the Defendant(s);

[ ] Further Order of Court; or

[ ] Written notification by the United States that these pleadings no longer need to remain filed

under seal; or

[ ] _____

2. In support of this Motion, the United States alleges that filing these pleadings under seal is necessary in order to:

[X]   Preserve the integrity of this ongoing case;

[X]   Ensure the safety of investigative personnel;

[ ]   Protect the identity of potential witnesses;

[ ]   Allow for the seizure of evidence;

[X]   Permit the arrest of those charged with violations of federal criminal laws; or

[ ] _____

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

                              Respectfully submitted,

                              PETER J. SMITH
                              United States Attorney

                              */s/ James T. Clancy*
                              JAMES T. CLANCY
                              Assistant U.S. Attorney

Date: April 29, 2011