AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:11-mj-0067 |
| Arthur James Wire III | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2011 to present___ in the county of ___York___ in the ___Middle___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2250 | Failure to register as sex offender |

FILED
HARRISBURG

APR 2 9 2011

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

This criminal complaint is based on these facts:

1. Your affiant is Steven Rowe, Inspector for the United States Marshals Service (USMS), employed as an investigator with the USMS since July 1998, and trained as a Sexual Offender Investigation Coordinator at the National Center for Missing and Exploited Children.  Your affiant has conducted more than 3,000 fugitive investigations and more than 300 investigations to locate convicted sex offenders who were non-compliant with their registration requirements.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

STEVEN ROWE, Inspector, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___4-29-2011___

_____
*Judge's signature*

City and state: ___HARRISBURG, PA___

MARTIN C. CARLSON, U.S. MAGISTRATE JUDGE
*Printed name and title*